# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Angela Leonard

                         Plaintiff,

v.                                                     Case No.: 1:09–cv–03123
                                                        Honorable Virginia M. Kendall

Commercial Recovery Systems, Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 12, 2009:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held. Plaintiff's oral motion to dismiss this action without prejudice with leave to reinstate by 9/23/2009 is granted. If the case has not been reinstated by 9/23/2009, the order of dismissal shall be with prejudice without further order of court. Civil case terminated. Advised in open court(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.